Petit, Olin, Overmyer & Fazio, and Melville Mucklestone, for appellants; Peter V. Fazio, David A. Wallace, and Stephen A. Malato, of counsel; John J. Enright, for appellees; Eckert, Peterson & Lowry, Owen Rall, and Herbert C. Loth, Jr., of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Sara Bishop, Appellee, v. Lucille Morres, Appellant.

### Gen. No. 46,308. (Abstract of Decision.)

Leon N. Miller, for appellant; Thomas A. Mass, Jr., of counsel; no brief filed for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## James Geraghty, Appellee, v. Burr Oak Lanes, Inc., Appellant.

### Gen. No. 46,160. (Abstract of Decision.)